UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-cv-24664-MARTINEZ-BECERRA

JIMMIE EVANS,

    Plaintiff,

v.

DANIEL JUNIOR, *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on all dispositive matters. (ECF No. 5). On January 21, 2022, Magistrate Judge Becerra filed a Report and Recommendation recommending that Defendants' Motion to Dismiss be granted, and that the Amended Complaint be dismissed with prejudice. (ECF No. 31.) The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is:

    ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 31), is AFFIRMED and ADOPTED in its entirety. Accordingly, it is ADJUDGED that:

    1.    Defendants' Motion to Dismiss, (ECF No. 26), is GRANTED.

    2.    The Amended Complaint, (ECF No. 22), is DISMISSED with prejudice.

    3.    This case is CLOSED, and the Clerk is DIRECTED to DENY all pending motions as MOOT. Final judgment shall issue by separate order.

    DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of February, 2022.

                                                                           _____
                                                                           JOSE E. MARTINEZ
                                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
Jimmie Evans, *pro se*
All Counsel of Record